AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHAL
19 APR 12 AM 8:32
MIDDLE DIST. OF FLORIDA
TAMPA

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>CHARLES R. RESNICK<br><br>_____<br>Defendant | )<br>)  Case No.<br>)  8:19-cr-154-T-35AAS<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHARLES R. RESNICK ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud; Making and Subscribing a False Return, Statement, or Other Document.

In violation of 18 U.S.C. § 1343 and 26 U.S.C. § 7206(1).

Date: 04-11-19

_____
*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/12/19 , and the person was arrested on *(date)* 4/12/19
at *(city and state)* Tampa, FL .

Date: 4/12/19

_____
*Arresting officer's signature*

DUSM J. Kuhn
*Printed name and title*